Opinion issued November 27, 2002















In The

Court of Appeals

For The

First District of Texas

____________



NO. 01-02-01162-CV

____________



FRASER INTERNATIONAL, INC & REPO TEXAS, L.L.C., Appellants



V.



TOM JACKSON, INDIVIDUALLY AND D/B/A DECORABLES (TEXAS) DECORABLES (ARIZONA);
GEORGE LOO, INDIVIDUALLY AND D/B/A ARTE CIELO, AND JIM PENOLA, INDIVIDUALLY AND D/B/A
JIM PENOLA, CPA, Appellees





 

On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 2001-59351





 

O P I N I O N

 Appellants have filed a motion to dismiss their appeal. More than 10 days has elapsed, and no objection has been filed. 
No opinion has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is directed to issue mandate within 10 days of
the date of this opinion. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala and Price (1).

Do not publish. Tex. R. App. P. 47.

1. The Honorable Frank C. Price, former Justice, Court of Appeals, First District of Texas at Houston, participating by
assignment.